UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TOTAL SAFETY U.S., INC, ET AL., | § § | |
| Plaintiffs. | § § | |
| VS. | § § | CIVIL ACTION NO. 4:19–CV–3836 |
| CODE RED SAFETY & RENTAL, LLC, ET AL., | § § § | |
| Defendants. | § | |

### ORDER ON DISCOVERY DISPUTE RELATED TO COVID-19

The world is in the midst of a pandemic. In the last few months, COVID-19 has spread quickly, exposing millions of individuals across the globe to this highly infectious and deadly disease. In the United States alone, approximately 171,823 people have died to date as a result of COVID-19.[1] To put that into perspective, take a look at these two photos of Darrell K Royal–Texas Memorial Stadium in Austin (top) and NRG Stadium in Houston (bottom):



---

[1] JOHNS HOPKINS UNIVERSITY & MEDICINE, https://coronavirus.jhu.edu/ (last visited Aug. 19, 2020 at 5:14 a.m.).



If we filled both stadiums to capacity,[2] the number of people in the stands would almost equal the number of Americans who have died to date from COVID-19. By the end of the week, the number of COVID-19 related deaths will likely exceed the capacity of the sold-out stadiums.

Texas currently accounts for approximately 10,000 of the total deaths in this country, though "[e]xperts say Texas' official death toll is all but certain to be an undercount given insufficient testing."[3] Notwithstanding the potential undercount, "[i]f Texas were a country, right now it would be the world's 11th-most active hotspot with

---

[2] Darrell K Royal–Texas Memorial Stadium has a seating capacity of 100,119. *See* DARRELL K ROYAL–TEXAS MEMORIAL STADIUM, https://en.wikipedia.org/wiki/Darrell_K_Royal–Texas_Memorial_Stadium (last visited Aug. 18, 2020). NRG Stadium has a seating capacity of 72,220. *See* NRG STADIUM, https://en.wikipedia.org/wiki/NRG_Stadium (last visited Aug. 18, 2020).

[3] Emma Platoff, *Texas becomes fourth state to surpass 10,000 COVID-19 deaths* (Aug. 17, 2020), https://www.texastribune.org/2020/08/17/texas-coronavirus-deaths/.

1,600 cases per 1 million residents.  The current outbreak is worse than countries like Panama, Kazakhstan, Armenia, Kuwait, Brazil, Chile and South Africa."[4]

Against this backdrop, the parties have filed a joint letter requesting me to resolve a dispute concerning "whether depositions of parties should go forward in person and whether Plaintiffs can have more than one attorney attend" such in-person depositions. Dkt. 94 at 1.  In an ideal world, we would all obviously like the parties to get together in person for depositions.  But we must recognize that these are not normal times.  We are in the midst of a once-in-a-lifetime global health crisis.  In my opinion, a deposition, even one involving voluminous records, can easily be conducted by video.  Indeed, over the past few months, I have conducted extensive hearings, mediations, and other Court business via video with great success, while not subjecting myself or Court staff to any risk of exposure to COVID-19.

Given the health crisis we face, I am not going to require anyone to appear in-person for a deposition.  In my view, the risks far outweigh the rewards.  If the parties decide, by agreement, to proceed with in-person depositions, I will not stand in the way.  But the details of such in-person depositions, including the number of people that should be allowed to attend, I leave totally to the parties whose health will ultimately hang in the balance.  In other words, if the parties are serious about conducting in-person depositions, notwithstanding the very serious danger posed by COVID-19, they will need to resolve the

---

[4] Marcelino Benito, *Texas is the 11th-most active coronavirus hotspot in the world right now* (July 8, 2020), https://www.khou.com/article/news/health/coronavirus/how-do-texas-coronavirus-numbers-compare-to-the-rest-of-the-world/285-39f765ee-e247-4a50-8150-72f3df1a1c87.

parameters of the depositions on their own. If the parties are unable to do so, and I am again asked to intervene, I will resolve the issue by ordering that the depositions be conducted by video.

SIGNED in Houston, Texas, this 19th day of August, 2020.

ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE